## SMITH, *Adm'r, v.* HADLEY *& a.*

A bill in equity may be amended by substituting one of the defendants for the plaintiff, by whom the bill cannot be maintained.

BILL IN EQUITY, for leave to sell certain lands. The parties agree that the lands were devised by Nathan Holt (of whose estate

the plaintiff is now administrator) to Mabel Holt, one of the defendants, if she lives to the age of twenty-one years, but if she dies before arriving at that age, then to the other defendants; that they are rapidly depreciating in value, and by the time Mabel—now nine years old—reaches the age of twenty-one, will be of comparatively little value.

The parties appear *pro se*.

CARPENTER, J.   The administrator has no interest in the case, and is not a proper party.   The bill may be amended by substituting in his place as plaintiff any one of the defendants, and thereupon there will be a

*Decree for the plaintiff.*

BINGHAM, J., did not sit: the others concurred.